1
2
3
4
5
6
7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

12  KENNETH S. THOMAS,                )    No. 2:07-CV-02310 ODW
            Plaintiff,                )
13  vs.                               )
                                      )
14  ARNOLD SCHWARZENEGGER,            )
    Governor of the State of California, )   **ORDER**
15  JAMES E. TILTON, Director of      )
    CDCR                              )
16          Defendant.                )
    _____ )
17

18       The court is in receipt of Plaintiff's Motion for Discovery Pursuant to FRCR 34 [28].

19  Plaintiff is reminded that discovery requests are not to be filed with the court, they are to be

20  served on the party upon whom the discovery is being propounded.  Rule 34 of the Rules of Civil

21  Procedure clearly sets forth the procedure and the contents of the request.  Specific attention

22  should be paid to the drafting of requests so that the requests are not overly broad in terms of the

23  categories of documents sought or unlimited in time.  The request should bear some relevance to

24  the issues framed by this litigation.

25       ///
26       ///
27       ///
28       ///

1     To the extent the Motion requests some action on the part of the court, the Motion is
2 DENIED.

6 DATED: July 8, 2011

7                           OTIS D. WRIGHT, II, DISTRICT

2.