IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH S. THOMAS,<br>　　　　Plaintiff,<br>vs.<br>ARNOLD SCHWARZENEGGER,<br>Governor of the State of California,<br>JAMES E. TILTON, Director of CDCR<br>　　　　Defendant. | No. 2:07-CV-02310 ODW<br><br>**ORDER** |

　　　The court is in receipt of Plaintiff's Motion for Appointment of Counsel [27] filed April 25, 2011. District Court judges lack authority to order the expenditure of public funds for the retention of counsel to represent indigent prisoners in section 1983 cases. The motion is therefore DENIED.

DATED: July 8, 2011　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II, DISTRICT JUDGE

2